IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Vining Oil & Gas, LLC, | |
| Plaintiff, | Case No. 3:12-cv-34 |
| -vs- | **ORDER ADOPTING REPORT AND RECOMMENDATION AND FOR ENTRY OF DEFAULT JUDGMENT** |
| Laser Land Leveling, Inc. and Record Steel and Construction, Inc., | |
| Defendants. | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's motion for default judgment as to Defendant Laser Land Leveling, Inc. be granted (Doc. #26).

The Court has reviewed the Report and Recommendation, along with the entire file, and finds the Magistrate Judge's findings and analysis are correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Plaintiff's motion for default judgment as to Defendant Laser Land Leveling, Inc. is **GRANTED**.

The Clerk shall enter judgment in favor of Plaintiff and against Defendant Laser Land Leveling, Inc. in the principal amount of $145,507.37; plus interest accrued from November 28, 2011 to July 9, 2011 in the amount of $14,725.84; with interest accruing thereafter on the principal balance until the date of judgment at the monthly rate of 1.5 percent; together with costs and disbursements in the amount of $95.95; and with interest accruing after entry of judgment at the legal rate.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 25th day of October, 2012.

/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court